ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, VICTOR MURRAY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 07-00156 |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| VICTOR MURRAY, | **TO CONTINUE SENTENCING** |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for February 5, 2010, be continued to February 26, 2010 at 9:00 a.m.

This continuance is necessitated as the parties are still in the process of trying to gather documents contained in confidential Fresno County Superior Court files.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: January 25, 2010          /s/ Kimberly Sanchez
                                 KIMBERLY SANCHEZ
                                 Assistant United States Attorney
                                 **This was agreed to by Ms. Sanchez via email on January 20, 2010**

1

1   DATED:  January 25, 2010            /s/ Roger K. Litman
                                        ROGER K. LITMAN
2                                       Attorney for Defendant
                                        VICTOR MURRAY
3

...

8   IT IS SO ORDERED.

9   **Dated:   January 25, 2010**                  **/s/ Lawrence J. O'Neill**
10                                          UNITED STATES DISTRICT JUDGE

2