ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, VICTOR MURRAY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VICTOR MURRAY, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO.  1:07-CR-00156 LJO <br><br> **ORDER** on REQUEST TO **SEAL RECORDS** |

**The request to seal** Victory Murray's Sentencing Memorandum has been received.  Good Cause has not been stated.

IT IS SO ORDERED.

**Dated:   February 19, 2010**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1