| | |
|---|---|
| JOHN MEYER<br>#225629<br>854 S. Kenneth Ave.<br>Kerman, CA 93630<br>Telephone: (559) 385-1565<br><br>Attorney for Victor Murray | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>VICTOR MURRAY<br><br>       Defendant | CASE NO. 1:07-CR-156-03 LJO<br><br>**STIPULATION REGARDING CONTINUANCE OF SENTENCING; FINDINGS AND ORDER; REQUEST DENIED**<br><br>DATE: June 26, 2017<br>TIME: 8:30 p.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

1. By previous order, this matter was set for sentencing on June 26, 2017 at 8:30 p.m.

2. By this stipulation, defendant now moves to continue the sentencing until July 31st at 8:30. The parties agree and stipulate, and request that the Court find the following:

  a) Counsel for defendant desires additional time to review audio tapes obtained from the probation office on June 20, 2017, and respond to them in writing. This date was the earliest that defense counsel could receive them.

  b) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  c) The government does not object to the continuance.

  d) Based on the above-stated findings, the ends of justice served by continuing the

1

case as requested outweigh the interest of the public and the defendant in a speedy sentencing.

IT IS SO STIPULATED.

Dated: June 22, 2017            BENJAMIN B. WAGNER
United States Attorney

/s/ KATHY SERVATIUS
KATHY SERVATIUS
Assistant United States Attorney

Dated: June 22, 2017            /s/ JOHN MEYER
JOHN MEYER
Counsel for Defendant
Victor Murray

**FINDINGS AND ORDER**

**THE COURT RECEIVED AND REVIEWED THE AUDIOTAPES THIS MORNING AND SPENT 40 MINUTES LISTENING TO THEM. LISTENING TO AND RESPONDING TO 40 MINUTES OF RECORDINGS DOES NOT JUSTIFY A CONTINUANCE. DENIED. THE MATTER WILL GO FORWARD AS SCHEDULED.**

IT IS SO ORDERED.

Dated: **June 23, 2017**            **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE