UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Case No. 07 Cr. 156 LJO |
| Plaintiff/Appellee, | USCA Case No. 17-10278 |
| v. | ORDER AUTHORIZING ACQUISITION OF SEALED RECORDS BY APPELLATE COUNSEL; DECLARATION OF COUNSEL IN SUPPORT |
| VICTOR MURRAY, | |
| Defendant/Appellant. | |

Based upon the foregoing Motion for Order Authorizing Acquisition of Sealed Records by Appellate Counsel; Declaration of Counsel in Support, and for good cause shown, IT IS HEREBY ORDERED that the following documents shall be unsealed for the limited purpose of providing them to Defendant/Appellant Victor Murray's counsel of record, Jay A. Nelson, and for no other purpose, by the Clerk of the Court:

ECF Nos. 226, 227, 228, 231, 232, 303, 304, 305, 306, 307, 332, 333, 334, 400, 407, 470, 476, and 500.

IT IS FURTHER ORDERED that the foregoing records shall be unsealed only for the limited purpose of providing them to attorney Jay A. Nelson, and that the records shall remain sealed for all other purposes, including from the public.

For those items listed above that are not transcripts, the Clerk of Court shall provide Mr. Nelson copies. For those items that are transcripts, Counsel shall contact Court Reporter Peggy Crawford at 559-266-3789 or peggycrawford@gmail.com to obtain copies.

IT IS SO ORDERED.

Dated: **September 20, 2017**       **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE